# Exhibit 1

**VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF VIRGINIA BEACH**

TATYANA A. BABAKAEVA and          )
                                  )
OLGA GUSKOVA,                     )
        Plaintiffs,          )
                                  )
v.                                )    Civil Action No. CL18-005740-00
                                  )
PTR INVESTMENTS, INC.,            )
        Defendant.           )    *GPIN: 1486 05 1872 8240*
_____)

## FINAL ORDER

This matter came before the Court on October 28, 2020 on "Plaintiffs' Motion for Partial Summary Judgment" filed by Plaintiffs on October 9, 2019 and "Plaintiff Babakaeva's Motion for Summary Judgment" filed by Plaintiff Tatyana A. Babakaeva on October 9, 2020. Defendant PTR Investments, Inc. files a brief designated "Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment and Motion for Summary Judgment".

All parties were present at the hearing conducted through WebEx Meeting and had an opportunity to be heard. Plaintiff Tatyana A. Babakaeva, *pro se*, presented arguments on both Motions. Defendant PTR Investment, Inc., appearing by counsel, represented that it did not hold any position on either Motion except as stated in the Defendant's brief, and ~~declined to~~ did not raise opposition to Plaintiffs' statement of Undisputed Material Facts. [initialed 1/15/2021]

The Court thoroughly reviewed the pleading and all written submissions of the parties, and heard oral arguments of the parties. Thereupon, the case was ripe for adjudication pursuant to Va. Sup. Ct. R. 3:20.

The subject real property (**"the Subject Property"**) of this suit is located at 658 Waters Drive, Virginia Beach, Virginia and is identified in land records of this Court by *GPIN: 1486 05 1872 8240*, and the full legal description thereof is as follows:

Page 1 of 5

> All that certain condominium unit known and numbered as Unit 658, in that certain condominium entitled "Holland Mews, a Condominium", located in the City of Virginia Beach, Virginia, together with an undivided interest in the common elements appertaining to said unit, all as more particularly described and shown in that certain condominium declaration dated May 24, 1985 and recorded in the Clerk's Office of the Circuit Court of the City of Virginia Beach, Virginia, in Deed Book 2479, Page 2132, and exhibits thereto, to which condominium declaration and the exhibits thereto reference made for a more particular description of said unit.

Plaintiffs Olga Guskova and Tatyana A. Babakaeva jointly possess *fee simple* title to the Subject Property. Memorandum of *Lis Pendens* pertaining to the Subject Property was recorded in the Clerk's Office of this Court in Instr. No. 20181227001058260.

A copy of the Deed of Trust was recorded in the Clerk's Office of this Court on May 6, 2013 and recorded among land records in Instr. No. 20130506000516460, which record placed a lien on the Subject Property as security for alleged debt of Plaintiff Olga Guskova.

From the pleadings, other written submissions made by the parties, Defendant's admissions, previous Court Orders and other Court records, it appears to the Court that:

a) The ~~undisputed~~ facts set forth ~~by the~~ *in* the Plaintiffs' Statement of Undisputed Material Facts are ~~unopposed by the Defendant, and are well-supported by the materials introduced by Plaintiffs' submissions;~~ *found by the Court to be undisputed.* See 1/15/2021

b) The Deed of Trust Instr. No. 20130506000516460 was filed without authority, without existence of actual indebtedness of Olga Guskova stated therein, and in absence of the underlying contract for sale of Subject Property to Olga Guskova; and

c) Plaintiffs are entitled to summary judgment on all Counts of Counterclaim and on Complaint to Quiet Title as a matter of law.

Page 2 of 5

Plaintiffs' Motion for Partial Summary Judgment is hereby **GRANTED** in full, and Plaintiff Babakaeva's Motion for Summary Judgment is **GRANTED** to the extent of relief requested in Complaint to Quiet Title, *except plaintiff's request for injunctive relief is DENIED*.

*full 1/16/21*

It is hereby **ADJUDGED, ORDERED and DECREED** that:

1. All causes of action asserted by Defendant PTR Investments, Inc.'s Counterclaim, Counts I through IV, are **DISMISSED WITH PREJUDICE**;

2. Plaintiffs Olga Guskova and Tatyana A. Babakaeva are hereby **GRANTED** decree quieting title to the Subject Property against Defendant PTR Investments, Inc.;

3. The Deed of Trust filed on May 6, 2013 and recorded among land records of this Court in Instr. No. 20130506000516460 is hereby decreed **NULL AND VOID**;

4. Plaintiffs, being the prevailing parties in this action, are awarded the Court costs in the amount of $243.00 (Two Hundred Forty Three Dollars and No Cents) assessed against Defendant PTR Investments, Inc.;

5. The Clerk is **DIRECTED** to release *Lis Pendens*, Instrument No. 20181227001058260, ~~and convey the~~ *be and hereby is* title to and interest in the Subject Property to Plaintiffs *caused to be in* Olga Guskova and Tatyana A. Babakaeva jointly;

6. The Clerk is **DIRECTED** to cancel the record of deed of trust recorded among land records of this Court in Instr. No. 20130506000516460 and to release said Deed of Trust as a lien against the Subject Property located at 658 Waters Drive, Virginia Beach, Virginia and identified by *GPIN: 1486 05 1872 8240*;

7. The Clerk is **DIRECTED** to record a copy of this Final Order among land records pertaining to the Subject Property located at 658 Waters Drive, Virginia Beach, Virginia and identified by *GPIN: 1486 05 1872 8240*.

8. Defendant PTR Investments Inc.'s "Motion to Dismiss Plaintiff's Complaint and PTR Investments Inc.'s Counterclaim" and Plaintiff Babakaeva's "Petition for Declaratory Relief" were not noticed for the hearing properly and therefore are rendered **MOOT.**

**IT IS SO ORDERED.**

ENTER: 1/15/2021

HON. STEPHEN C. MAHAN, JUDGE

Endorsements follow

CERTIFIED TO BE TRUE COPY
OF RECORD IN MY CUSTODY
TINA E. SINNEN, CLERK
CIRCUIT COURT, VIRGINIA BEACH, VA
BY _____
DEPUTY CLERK

WE ASK FOR THIS:

*Tatyana Babakaeva*
Tatyana A. Babakaeva, *pro se*
1 Lynn Drive
Newport News, VA 23606

*Guskova*
Olga Guskova, *pro se*
658 Waters Drive
Virginia Beach, VA 23462


SEEN objected to for the reasons stated in the Defendant's Brief in Opposition to the Motion for Summary Judgment and Partial Sumarry Judgment and also to the language in #1b) Page 2 of the Order for the reasons stated at hearing and in our letter to the Court.

Christopher D. Davis, Esq.
Justin R. Burch, Esq.
Destinee B. Byers, Esq.
*Counsel for PTR Investments, Inc.*
Davis Law, PLC
1403 Greenbrier Pkway., Suite 225
Chesapeake, VA 23320