Exhibit 3

VIRGINIA:   IN THE CIRCUIT COURT FOR THE CITY OF VIRGINIA BEACH

OLGA GUSKOVA,
              Petitioner

v.                                  Case Nos.: CL15-3783

ROBERT M REED
              Substitute Trustee

### ORDER

THIS DAY came the Petitioner, Olga Guskova, on her petition to enjoin a substitute trustee's sale and the following was agreed:

Upon representation that the substitute trustee's sale scheduled for September 22, 2015 has been cancelled and that no further action will be taken concerning the sale until enforceability of the promissory note related to such sale is adjudicated, it is hereby

ADJUDGED, ORDERED and DECREED, that

1. No further foreclosure proceedings under the March 29, 2013 Deed of Trust shall be had unless and until a final ruling is made on the enforceability of the March 29, 2013 Promissory Note entered into by the Petitioner.

ENTER: 9/22/2015

_____
Judge

SEEN AND AGREED:

_____
Robert M. Reed
Substitute Trustee

SEEN AND AGREED:

__signature waived per Court__
Olga Guskova, Petitioner

CERTIFIED TO BE A TRUE COPY
OF RECORD IN MY CUSTODY
TINA E. SINNEN, CLERK CIRCUIT COURT
VIRGINIA BEACH, VA
BY_____
DEPUTY CLERK

1