Exhibit 4

)

## LOST NOTE AFFIDAVIT

This 3rd day of August, 2018, personally appeared before me **RACHELE GARGIULO, Executrix of the Estate of Anthony A. Gargiulo, Jr. and RACHELE GARGIULO, individually and LISA CUOMO individually and LISA CUOMO and RACHELE GARGIULO, Trustees of the Anthony A. Gargiulo, Jr. Revocable Trust dated July 6, 2001, amended and restated on December 16, 2013**, Noteholder, states as follows:

1.  Noteholder is the owner of a certain Deed of Trust Note made by Anthony A. Gargiulo, Jr., in the original principal amount of $62,455.00 (the "Note") secured by a Deed of Trust, dated March 29, 2013.

2.  The original Note has been lost or destroyed and cannot be produced. Attached is a copy of the Note.

3.  This Affidavit is made to enable the holder of the Note to collect, enforce, or assign the Note and to enable the trustee or substitute trustees under the Deed of Trust to exercise the power of sale contained in the Deed of Trust, file an accounting with the Commissioner of Accounts, and take any other steps necessary to enforce the Deed of Trust.

Given under my hand this 3rd day of August, 2018.

**THE ESTATE OF ANTHONY A. GARGIULO, JR.**

By: _____
     Rachele Gargiulo, Executrix, Noteholder


_____
Rachele Gargiulo, Individually, Noteholder

_____
Lisa Cuomo, Individually, Noteholder

Page 1 of 2
Lost Note Affidavit

PTR0073

THE ANTHONY A. GARGIULO, JR.
REVOCABLE TRUST DATED JULY 6, 2001,
AMENDED AND RESTATED ON
DECEMBER 16, 2013

By: _____
Rachele Gargiulo, Trustee, Noteholder

By: _____
Lisa Cuomo, Trustee, Noteholder

COMMONWEALTH/STATE OF _____
CITY/COUNTY OF _____, to-wit:

    I, _____, a Notary Public of the above-referenced jurisdiction, do hereby certify that RACHELE GARGIULO, Executrix of the Estate of Anthony A. Gargiulo, Jr. and RACHELE GARGIULO, individually and RACHELE GARGIULO, Trustee of the Anthony A. Gargiulo, Jr. Revocable Trust dated July 6, 2001, amended and restated on December 16, 2013, hereby appeared before me and acknowledged the due execution of the aforesaid instrument, on this 3rd day of August, 2018. The person is ___ personally known to me, or ___ I examined the following type of identification: _____. (Identification must be a United States Passport, a certificate of United States citizenship, a certificate of naturalization, an unexpired foreign passport, an alien registration card with photograph, a state-issued driver's license or state-issued identification card or a United States military card.)

SEAL/STAMP

_____
Notary Public

COMMONWEALTH/STATE OF *New York*
CITY/COUNTY OF *New York*, to-wit:

    I, *Noemi Cedeno*, a Notary Public of the above-referenced jurisdiction, do hereby certify that LISA CUOMO individually and LISA CUOMO, Trustee of the Anthony A. Gargiulo, Jr. Revocable Trust dated July 6, 2001, amended and restated on December 16, 2013, hereby appeared before me and acknowledged the due execution of the aforesaid instrument, on this 3rd day of August, 2018. The person is ✓ personally known to me, or ___ I examined the following type of identification: _____. (Identification must be a United States Passport, a certificate of United States citizenship, a certificate of naturalization, an unexpired foreign passport, an alien registration card with photograph, a state-issued driver's license or state-issued identification card or a United States military card.)

SEAL/STAMP

_____
Notary Public

NOEMI CEDENO
Notary Public, State of New York
No. 01CE6058994
Qualified in New York County
Commission Expires May 21, 20___

Page 2 of 2
Lost Note Affidavit

PTR0074