Exhibit 7

Tatyana Babakaeva
2124 Criston Dr.
Newport News, VA 23602

October 4, 2018

Mr. Thomas S. Carnes
R/A for PTR INVESTMENTS, INC.
Roy Larsen Et Al.
109-A Wimbledon Square
Chesapeake, VA 23320

Via certified first class mail

RE: PTR INVESTMENTS, INC.

Dear Mr. Thomas S. Carnes:

Pursuant to Va. Code § 13.1-634(B), you have a duty to forward the enclosed **NOTICE** to PTR INVESTMENTS, INC.

Thank you very much in advance for your kind assistance with this matter.

Sincerely,

*Tatyana Babakaeva*

Tatyana Babakaeva

Tatyana Babakaeva
2124 Criston Dr.
Newport News, VA 23602

October 4, 2018

Mr. Troy Robertson
PTR INVESTMENTS, INC.
4605 Pembroke Lake Cir., # 101
Virginia Beach, VA 23455

Via certified first class mail

# NOTICE

Dear Mr. Robertson:

It came to my attention that on or about October 2, 2018 an agent of PTR INVESTMENT, INC. appeared at my property located at

**658 Waters Drive, Virginia Beach, VA 23462**

and engaged in harassing the tenant, particularly with slanderous statements referring to "foreclosure" and "sale" of said real estate.

Such malicious and outrageous conduct will not be tolerated. **You are hereby forbidden**, under the definition of Va Code §§18.2-119,120, from above-referenced property.

Additionally, making statements to any party of imminent foreclosure on said property is contemptuous of the existing valid written Court Order.

Please be advised that I will be reviewing my legal options.

**YOU MAY GOVERN YOURSELF ACCORDINGLY**

Very truly yours,

*Tatyana Babakaeva*
Tatyana Babakaeva