Exhibit 8

**VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH**

| | |
|---|---|
| TATYANA A. BABAKAEVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT N. ALPERIN, )<br>*Substitute Trustee*, )<br>)<br>Defendant. ) | Case No.: 18005326-00 |

## ORDER

**THIS DAY CAME** the Plaintiffs Tatyana A. Babakaeva and Olga Guskova, Defendants Scott N. Alperin, and PTR Investments, Inc., by Counsel, and pursuant to Plaintiffs Tatyana A. Babakaeva and Olga Guskova's emergency injunctions, and PTR Investments, Inc.'s motions.

**UPON CONSIDERATION** of the pleadings on file herein, the Parties having received notice and an opportunity to be heard, and for good cause being shown, it is hereby

**ADJUDGED, ORDERED AND DECREED** that the foreclosure on the Property is enjoined pursuant to the September 22, 2015 Order of this Honorable Court.

The Clerk is directed to send an attested copy of this Order to all counsel of record and/or unrepresented parties.

ENTERED   12/6/18

_____
The Honorable Leslie L. Lilley

CL 18005326-00
Order
Page 1 of 2

CERTIFIED TO BE A TRUE COPY
OF RECORD IN MY CUSTODY
TINA E. SINNEN, CLERK CIRCUIT COURT
VIRGINIA BEACH, VA
BY_____
DEPUTY CLERK

SEEN AND

*[signature]*

Richard J. Conrod, Sr. (VSB No. 35967)
Ryan Reyes (VSB No. 88532)
**CONROD & COMPANY LAW FIRM, P.C.**
101 N. Lynnhaven Road, Suite 104
Virginia Beach, Virginia
(757) 486-8700 Telephone
(757) 486-4858 Facsimile
*Counsel for PTR Investments, Inc.*

SEEN AND :

*[signature]*

Scott N. Alperin (VSB No. 39500)
Stephen A. Haynes
**Alperin Law PLLC**
500 Viking Drive, Suite 202
Virginia Beach, VA 23452
(757) 490-3500 Telephone
(757) 233-3600 Facsimile

**ENDORSEMENTS WAIVED FOR:**
Tatyana A. Babakaeva
Olga Guskova