# Exhibit 9

```
Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 11028619
Filing Number: 200302406060
Filing Date/Time: 03/02/2020 01:14 PM
Effective Date/Time: 03/02/2020 01:14 PM
```

## Limited Liability Company - Articles of Organization

### Entity Information

**Entity Name:** 658 Waters Drive, LLC  **Entity Type:** Limited Liability Company

### Business Type

**Industry Code:** 0 - General

### Duration

Perpetual(forever)

### Registered Agent Information

**RA Type:** Entity  **Locality:** VIRGINIA BEACH CITY

**RA Qualification:** N/A

**Name:** Alperin Law PLLC  **Email Address:** ash@alperinlaw.com

The company's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is:

**Registered Office Address:** 500 Viking Dr Ste 202, Virginia Beach, VA, 23452 - 7487, USA  **Contact Number:** N/A

### Principal Office Address

**Address:** Jeff Moore, 468 Investors Pl Ste 102, Virginia Beach, VA, 23452 - 1109, USA

### Principal Information

Management Structure: Member-Managed

### Signature Information

Date Signed: 03/02/2020

Executed in the name of the limited liability company by:

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Alperin Law PLLC | Limited Liability Company | Scott N. Alperin | Scott N. Alperin | Organizer |