Exhibit 10

## LOST NOTE AFFIDAVIT

This 13th day of May, 2020, personally appeared before me PTR INVESTMENTS, INC., a Virginia corporation ("Noteholder") states as follows:

1. Noteholder is the owner of a certain Deed of Trust Note made by Olga Guskova to the order Anthony A. Gargiulo, Jr., in the original principal amount of $62,455.00 (the "Note") secured by a Deed of Trust, dated March 29, 2013.

2. The original Note has been lost or destroyed and cannot be produced. Attached is a copy of the Note.

3. This Affidavit is made to enable the holder of the Note to collect, enforce, or assign the Note and to enable the trustee or substitute trustees under the Deed of Trust to exercise the power of sale contained in the Deed of Trust, file an accounting with the Commissioner of Accounts, and take any other steps necessary to enforce the Deed of Trust.

Given under my hand this 13th day of May, 2020.

PTR INVESTMENTS, INC.,
a Virginia corporation

By: _____ (SEAL)
Troy Robertson, President

COMMONWEALTH/STATE OF _Virginia_
CITY/COUNTY OF _Virginia Beach_, to-wit:

I, _Krystal Catlett Atkinson_, a Notary Public of the above-referenced jurisdiction, do hereby certify that Troy Robertson, President of PTR INVESTMENTS, INC., a Virginia corporation, hereby appeared before me and acknowledged the due execution of the aforesaid instrument, on this 13th day of May, 2020. The person is _✓_ personally known to me, or___ I examined the following type of identification:_____. (Identification must be a United States Passport, a certificate of United States citizenship, a certificate of naturalization, an unexpired foreign passport, an alien registration card with photograph, a state-issued driver's license or state-issued identification card or a United States military card.)

SEAL/STAMP

_____
Notary Public

KRYSTAL CATLETT ATKINSON
Notary Public
Commonwealth of Virginia
Reg. # 7717476
My Commission Expires June 30, 2021

Page 1 of 1
Lost Note Affidavit