Exhibit 11

## MICHAEL G. SWEENEY
ATTORNEY & COUNSELOR AT LAW & EQUITY

AMERICAN LAW OFFICES, P.C  
1105 MADISON PLAZA, SUITE 120  
CHESAPEAKE, VIRGINIA 23320

TELEPHONE: (757) 819-6980  
FACSIMILE: (757) 819-6985  
*Also Admitted in North Carolina  
msweeney@alo.hrcoxmail.com

January 27, 2021

**Via electronic mail to tatyana.babakaeva@gmail.com**  
Ms. Tatyana A. Babakaeva  
1 Lynn Drive  
Newport News, VA 23606

**Via electronic mail to obguskova@gmail.com**  
Ms. Olga Guskova  
658 Waters Drive  
Virginia Beach, VA 23462

Re: **NOTICE TO IMMEDIATELY CEASE AND DESIST USE OF THE BUSINESS NAME: "658 WATERS DRIVE"**

Dear Ms. Babakaeva and Ms. Guskova:

You are hereby advised that I have been retained by 658 Waters Drive, LLC. 658 Waters Drive, LLC, is the rightful owner of the business name, 658 Waters Drive, hereinafter referred to as the "Business Name." Your letter of January 15, 2021 states that you own a service mark for "658 Waters Drive." I have obtained information from the State Corporation Commission ("SCC") that you filed an application for said service mark in September of 2020. However, 658 Waters Drive, LLC registered as a limited liability company with the State Corporation on March 2, 2020. Therefore, 658 Waters Drive, LLC established use of the Business Name <u>before</u> you filed your application for a service mark with the SCC in September of 2020.

Further, when you applied for the service mark with the SCC, you certified that you did <u>not</u> have knowledge of any other person or entity using an identical service mark so as to likely cause confusion or mistake. See § 59.1-92.4(4) of the Code of Virginia. However, you had knowledge that 658 Waters Drive, LLC was using the Business Name since June of 2020 when 658 Waters Drive, LLC filed a Motion to Intervene in the lawsuit styled as *Tatyana A. Babakaeva and Olga Guskova v. PTR Investments, Inc.*, Case Number CL18-5740.

The purpose of this letter is to provide you with formal notice that **you are to immediately cease and desist** all use of the Business Name, 658 Waters Drive. If you fail to cease and desist all use of my client's Business Name, then my client shall be forced to take legal action against you. If my client is forced to take legal action, then it will seek and obtain an injunction to prohibit you from using the Business Name, as well as an award of compensatory and punitive damages.

Ms. Tatyana A. Babakaeva
Ms. Olga Guskova
January 27, 2021
Page Two

You shall not receive any further warnings. Kindly govern yourselves accordingly.

Very truly yours,

Michael G. Sweeney

MGS/ves
cc: Mr. Jeff Moore