Exhibit  12

**VIRGINIA:   IN THE CIRCUIT COURT FOR THE CITY OF VIRGINIA BEACH**

**TATYANA BABAKAEVA, and**
**OLGA GUSKOVA,**

      **Plaintiffs,**

**v.**                           **Case No.: CL21-716**

**C. JEFFREY MOORE, and**
**658 WATERS DRIVE, LLC,**

      **Defendants.**

**PRIVILEGE LOG FOR C. JEFFREY MOORE AND 658 WATERS DRIVE, LLC RFP 4**

| Date | Document Type | Parties | Content topic |
|---|---|---|---|
| 04/06/2021 | Email | Michael G. Sweeney, Jeff Moore, Scott Alperin, Ed McPhillips, David Ashe | Appeal brief |
| 03/02/2021 | Email | Michael G. Sweeney, Ryan Reyes, Scott Alperin, Jeff Moore | This lawsuit |
| 02/17/2021 | Email | Michael G. Sweeney, Jeff Moore, Scott Alperin | Cease and Desist letter and advice on a lawsuit |
| 02/18/2021 | Email | Michael G. Sweeney and Jeff Moore | Cease and Desist letter and advice on a lawsuit |