```
Court Name: United States District Court
Division: 2
Receipt Number: 24683048568
Cashier ID: tlevinso
Transaction Date: 05/17/2021
Payer Name: TATYANA BABAKAEVA
----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: TATYANA BABAKAEVA
 Amount:         $402.00
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 27420818411
 Amt Tendered: $400.00
MONEY ORDER
 Check/Money Order Num: 27318761177
 Amt Tendered: $2.00
----------------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

TATYANA BABAKAEVA
2:21cv267
```