UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
JUN - 7 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

TATYANA BABAKAEVA, *et al.*,

Plaintiffs,

v.

ACTION NO. 2:21cv267

PTR INVESTMENTS, INC., *et al.*,

Defendants.

## ORDER

On May 13, 2021, Plaintiffs Tatyana Babakaeva ("Ms. Babakaeva") and Olga Guskova ("Ms. Guskova"), appearing *pro se*, paid the requisite fees and filed a Complaint against Defendants. Compl., ECF No. 1. On May 21, 2021, Ms. Babakaeva filed an E-Noticing Registration Request for *Pro Se* Litigants ("E-Noticing Request"). E-Noticing Req., ECF No. 3.

In her E-Noticing Request, Ms. Babakaeva: (i) provided the requisite contact information; (ii) consented to receiving notice of filings pursuant to Rule 5(b) of the Federal Rules of Civil Procedure via the Court's electronic filing system; (iii) waived service and notice by first class mail of all electronically filed documents to include orders and judgments; (iv) agreed to be responsible for immediately notifying the Court in writing of any change of e-mail address; and (v) agreed to register for a PACER account. *Id.* at 1.

Ms. Babakaeva complied with all of the Court's registration requirements. Accordingly, Ms. Babakaeva's E-Noticing Request, ECF No. 3, is **GRANTED**. Ms. Babakaeva is REMINDED that the effects of electronic service registration are explained in the Court's "Pro Se (Non-prisoner) Consent & Registration Form to Receive Documents Electronically in the United

States District Court for the Eastern District of Virginia" ("Consent & Registration Form"). *See* Consent & Registration Form at 1, https://www.vaed.uscourts.gov/sites/vaed/files/Modified7-27-17InstructionSheetforProSeLitigantE-Noticing.pdf (last visited June 4, 2021). Specifically, electronic service registration has the following effects:

1. You will no longer receive documents in the mail.

2. If you do not view and download your documents during the "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the document(s).

3. This service does *not* allow you to electronically file your documents.

4. It will be your duty to regularly review the docket sheet of your case.

5. You will still be required to serve paper documents on opposing counsel or pro se litigants by mail unless the parties agree to accept service by e-mail in lieu of a paper document or the document is one that is exempt from electronic case filing such as a sealed document.

6. You will be responsible for immediately notifying the court in writing of any change of your e-mail address.

*Id.* (emphasis in original).

The Clerk is **DIRECTED** to add Ms. Babakaeva's e-mail address to this case and docket this Order in the Court's electronic filing system. The electronic filing system will automatically generate an e-mail message containing a Notice of Electronic Filing, with a hyperlink to this Order, that will be sent to the e-mail addresses of all individuals who have registered to receive electronic filings in this case, including Ms. Babakaeva. The Clerk is further **DIRECTED** to send a copy of this Order via United States mail to Ms. Guskova.

IT IS SO **ORDERED**.

/s/
_____
Raymond A. Jackson
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
June 7, 2021

2