# Exhibit 1

[ Name List ]  [ Pleadings/Orders ]  [ Services ]  [ Main Menu ]  [ Logoff ]

# Virginia Beach Circuit - Civil Division
## Case Details

| Case Number: CL21000716-00 | Filed: 02/18/21 |
|---|---|
| Filing Type: Injunction ||
| Number of Plaintiffs: 0002 | Number of Defendants: 0002 |
| Commenced By: Initial Filing ||
| Bond: | Complex Case: |

If there are more than three plaintiffs or defendants as indicated under "Number of Plaintiffs" or "Number of Defendants" in the table above, please contact the court for the additional party information.

**Plaintiffs**

 Plaintiff 1: **BABAKAEVA, TATYANA**
 Trading as:
 Attorney: PRO SE

 Plaintiff 2: **GUSKOVA, OLGA**
 Trading as:
 Attorney: PRO SE

**Defendants**

 Defendant1: **MOORE, C JEFFREY**
 Trading as:
 Attorney: NONE

 Defendant2: **658 WATERS DRIVE, LLC**
 Trading as:
 Attorney: NONE

**Hearings**

| # | Date | Time | Type | Room | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|
| 1 | 05/28/21 | 9:30AM | Motion - Other-Pretrial | | | | Withdrawn |
| 2 | 05/28/21 | 9:30AM | Present Decree And/Or Order | | | | Non-Suit |
| 3 | 06/07/21 | 3:30AM | Hearing | | | | Withdrawn |

**Date Ordered To Mediation:**

**Final Disposition**

- **Judgment:** Other
- **Final Order Date:** 05/28/21
- **Appealed Date:**
- **Concluded By:** Nonsuit

[ Name List ]  [ Pleadings/Orders ]  [ Services ]  [ Main Menu ]  [ Logoff ]