# Exhibit 4

## CERTIFICATE OF TRANSFER

Place of Record: Clerk's Office of the Circuit Court of the City of Virginia Beach, Virginia

Date of Deed of Trust: March 29, 2013

| | |
|---|---|
| Instrument No.: 20130506000516460 | 20200527000447500   Pg. 1 OF 2 |
| | City of Virginia Beach |
| Name of Obligor or Maker: Olga B. Guskova | 05/27/2020 10:19:46 AM ASSIGN-ER |
| | Tina E. Sinnen, Clerk |
| Names(s) of Substitute Trustee(s): Alperin Law PLLC | Grantor Tax Pd - $.00 |
| | State Tax Pd - $.00 |
| Name of Original Payee or Obligee: Anthony Gargiulo | |

Noteholder: PTR Investments, Inc.

Original Amount Secured: $62,455.00

    The undersigned, the payee or obligee of the obligation secured by the above-mentioned Deed of Trust, hereby certifies that the obligations secured thereby have been assigned to 658 Waters Drive, LLC, a Virginia limited liability company:

[THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK]

[SIGNATURE PAGE TO FOLLOW]

| | |
|---|---|
| Prepared by and return to: | Property: 658 Waters Drive |
| Scott N. Alperin, Esquire (VSB#: 39500) | Consideration: $0.00 |
| Alperin Law PLLC | |
| 500 Viking Drive, Suite 202, Virginia Beach, VA 23452 | |
| Tax ID: 1486 05 1872 8420 | |

1

Given under my hand as of the 13th day of May, 2020.

PTR INVESTMENTS, INC.,
a Virginia corporation

*[signature]*

Troy Robertson, President


COMMONWEALTH OF VIRGINIA

CITY/COUNTY OF _Virginia Beach_ to wit:

Subscribed, sworn to and acknowledged before me this 13th day of May, 2020 by Troy Robertson, President of PTR Investments, Inc., a Virginia corporation, on behalf of the corporation.

*[signature]*

Notary Public

My Commission Expires: _June 30, 2021_

KRYSTAL CATLETT ATKINSON
Notary Public
Commonwealth of Virginia
Reg. # 7717476
My Commission Expires June 30, 2021

2